# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RITA AND ANDREW KAULBACH,     ) | |
|                               ) | |
|     Plaintiffs,                 ) | |
|                               ) | |
| v.                                ) | **Civil Action No. 1:15-cv-00424-JD** |
|                               ) | |
| WAL-MART STORES, INC., WAL-   ) | |
| MART TRANSPORTATION, LLC and ) | |
| PRIME, INC.                   ) | |
|     Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action shall be dismissed, with prejudice, each party to bear its own costs.

Dated: March 15, 2017                                        By: /s/ Stephen R. Fine
                                                              Stephen R. Fine, Esq., Bar No. 798
                                                              Law Office of Stephen R. Fine
                                                              620 Chestnut Street
                                                              Manchester, NH 03104
                                                              Tel: (603) 668-2343
                                                              sfine@tds.net
                                                              *Attorney for Plaintiffs*

Dated: March 15, 2017                                          By: /s/ Mark V. Franco
                                                              Mark V. Franco, Esq., Bar # 16780
                                                              Drummond Woodsum
                                                             84 Marginal Way, Suite 600
                                                             Portland, ME 04101
                                                             Tel: (207) 772-1941
                                                             mfranco@dwmlaw.com
                                                             *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I, Mark V. Franco, Esquire, hereby certify that on this 15th day of March, 2017, filed the foregoing with the Clerk of Court using the CM/ECF system which automatically sent electronic notice of same to all counsel of record.

Dated: March 15, 2017                                    By: /s/ Mark V. Franco
                                                                        Mark V. Franco, Esq., Bar # 16780
                                                                        Drummond Woodsum
                                                                        84 Marginal Way, Suite 600
                                                                        Portland, ME 04101
                                                                        Tel: (207) 772-1941
                                                                        mfranco@dwmlaw.com
                                                                        *Attorney for Defendants*